UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-cr-10196-MLW |
| | ) | |
| PAUL VOTANO | ) | |
| | ) | |

**JOINT STATUS REPORT**

Now come the parties jointly and submit this final status report pursuant to Local Rule 116.5(c).

1. The Defendant does not request a Rule 11 Hearing at this time.

2. The parties request a further status conference in March 2020 as they attempt to finalize the specifics of a contemplated plea agreement in conjunction with resolution of additional charges pending against the Defendant in state courts in Maine and Massachusetts.

    (A) Automatic discovery is complete. With the exception of material to be produced pursuant to Local Rule 116.(b)(2), the government does not anticipate providing additional discovery.

    (B) There are no outstanding discovery requests.

    (C) No motions pursuant to Fed. R. Crim. P. 12(b) have been filed and none are anticipated at this time.

    (D) The court has previously excluded the time from June 12, 2019 through August 8, 2019, Dkt. 18, from August 8, 2019 through October 4, 2019, Dkt. 25, from October

4, 2019 through December 5, 2020, Dkt. 28, and from December 5, 2019 through January 24, 2020. Dkt. 31. The parties agree that the time from January 24, 2020 until the requested Final Status Conference should also be excluded.

3. The parties have begun plea negotiations in earnest and have discussed a potential resolution to this matter in conjunction with the pending Massachusetts state matter. These discussions have included the Massachusetts prosecutor and Mr. Votano's Massachusetts counsel. The parties request additional time in order to now attempt to include the pending Maine matter as well, and to discuss the specifics of how to resolve matters in three separate jurisdictions globally.

Respectfully submitted,

| PAUL VOTANO | ANDREW LELLING |
| | United States Attorney |
| | |
| */s/ Joshua R. Hanye* | */s/ Philip A. Mallard* |
| Joshua R. Hanye | Philip A. Mallard |
| FEDERAL PUBLIC DEFENDER OFFICE | United States Attorney's Office |
| 51 Sleeper Street, 5th Floor | One Courthouse Way |
| Boston, MA 02210 | Boston, MA 02210 |
| 617-223-8061 | 617-748-3674 |

**Certificate of Service**

I, AUSA Philip Mallard, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: January 23, 2020                           */s/ Philip A. Mallard*
                                                  Philip A. Mallard
                                                  Assistant United States Attorney