UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:19-cr-10196-MLW |
| | ) | |
| **PAUL VOTANO** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Now come the parties jointly pursuant to the Court's October 5, 2020 to report whether either party requests that a Rule 11 Hearing or pre-trial conference be conducted. Dkt. 38. At this time, neither party requests a Rule 11 Hearing or pre-trial conference. The parties instead request until November 16, 2020 to report again to the Court.

In support thereof, Mr. Votano is currently being held in state custody on a pending state matter. See Dkt. 36. Mr. Votano is held at the Middleton House of Corrections, where there has been a recent outbreak of COVID-19 that has resulted in the suspension of in-person attorney visits. The COVID-19 pandemic has created significant difficulties in attorney-client communications, and in delays to the state proceedings in particular.

Undersigned defense counsel has arranged a conference call on October 20, 2020 with Mr. Votano and his state attorney to discuss a possible global resolution of both matters. Mr. Votano has requested to confer with counsel to again discuss the interaction of the two cases before deciding how to proceed. In addition, Mr. Votano also faces charges in Maine that are currently the subject of a warrant. Because no arraignment has been conducted in that case, Mr. Votano does not currently have representation on those matters.

For the above reasons, the parties request until November 19, 2020 in order to report to the Court whether either party requests a Rule 11 Hearing or a pre-trial conference. The parties also request that the Court exclude the time until the next event from Speedy Trial Act calculations for the above reasons in the interests of justice.

Respectfully submitted,

| | |
|---|---|
| PAUL VOTANO | ANDREW LELLING<br>United States Attorney |
| */s/ Joshua R. Hanye*<br>Joshua R. Hanye<br>FEDERAL PUBLIC DEFENDER OFFICE<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>617-223-8061 | */s/ Philip A. Mallard*<br>Philip A. Mallard<br>United States Attorney's Office<br>One Courthouse Way<br>Boston, MA 02210<br>617-748-3674 |

## Certificate of Service

I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: <u>October 16, 2020</u>                                              */s/ Joshua R. Hanye*
                                                                                         Joshua R. Hanye