UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-cr-10196-MLW |
| | ) | |
| PAUL VOTANO | ) | |
| | ) | |

**JOINT STATUS REPORT**

Now come the parties jointly pursuant to the Court's November 18, 2020 order to report further as to the status of the case. Dkt. 42. Counsel has been able to confer with Mr. Votano by phone since the last status report, and the parties are now actively pursuing a plea agreement. In addition, Mr. Votano and his state counsel have reported an agreement with the Commonwealth for a jointly recommended sentence in a pending state case.

Due to the upcoming holidays, the parties may not be able to finalize a plea agreement for several weeks. Consequently, the parties request a date in February 2021 in order to file a further status report. Should the parties be prepared to proceed with a Rule 11 hearing before such date, defense counsel will file a Motion for Rule 11 Hearing. The parties also request that the Court exclude the time until the next event from Speedy Trial Act calculations for the above reasons in the interests of justice.

Respectfully submitted,

| | |
|---|---|
| PAUL VOTANO | ANDREW LELLING |
| | United States Attorney |
| | |
| */s/ Joshua R. Hanye* | */s/ Philip A. Mallard* |
| Joshua R. Hanye | Philip A. Mallard |
| FEDERAL PUBLIC DEFENDER OFFICE | United States Attorney's Office |
| 51 Sleeper Street, 5th Floor | One Courthouse Way |
| Boston, MA 02210 | Boston, MA 02210 |
| 617-223-8061 | 617-748-3674 |

### Certificate of Service

    I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: <u>December 21, 2020</u>　　　　　　　　　　　　*/s/ Joshua R. Hanye*
　　　　　　　　　　　　　　　　　　　　　　　　Joshua R. Hanye